# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | BRYAN T. MCCORMICK |
| **Case Number:** | 2:09-bk-27191-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

CHAPTER 11 STATUS CONFERENCE

**R / M #:**   9 / 0

## Appearances:

THOMAS ALLEN, ATTORNEY FOR BRYAN T. MCCORMICK
GLEN SHELDON, CREDITOR

## Proceedings:

Mr. Allen informed the debtor is a developer. He stated a plan will be filed in December or January.

Mr. Sheldon explained his claim in this case.

COURT: NO FURTHER STATUS HEARINGS WILL BE SET EXCEPT ON REQUEST OF A PARTY.