# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | BRYAN T. MCCORMICK |
| **Case Number:** | 2:09-bk-27191-RJH      **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 02, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

HEARING ON DISCLOSURE STATEMENT & PLAN CONFIRMATION

**R / M #:**   64 / 0

## Appearances:

THOMAS ALLEN/LESLIE HENDRIX, ATTORNEYS FOR BRYAN T. MCCORMICK

## Proceedings:

Mr. Allen advised no objections have been received. He reviewed the ballot report.

COURT: IT IS ORDERED GRANTING FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMING THE PLAN. MR. ALLEN IS DIRECTED TO UPLOAD A FORM OF ORDER.